```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deborah Keller,

                Plaintiff,

-against-

New York-Presbyterian Hospital et al.,

                Defendants.

1:21-cv-10905 (LJL) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference with the parties, it is hereby Ordered that, if this matter is not resolved during the upcoming mediation, the parties shall file a revised proposed case management plan no later than June 7, 2022.

**SO ORDERED.**

DATED:    New York, New York
               April 26, 2022

_____
STEWART D. AARON
United States Magistrate Judge