**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/9/2022___
```

Deborah Keller,

                              Plaintiff,

              -against-

New York-Presbyterian Hospital et al.,

                              Defendants.

**1:21-cv-10905 (LJL) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Monday, November 14, 2022, at 2:30 p.m. to discuss the Joint Letter Motion filed at ECF No. 41. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:       New York, New York
             November 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge